# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 23, 2021

Mr. Vincent M. Wagner
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

      RE:  21-2875  Dylan Brandt, et al v. Leslie Rutledge, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:    Mr. Garrard R. Beeney
      Mr. Nicholas J. Bronni
      Mr. Michael A. Cantrell
      Ms. Leslie Cooper
      Ms. Karen Dellinger
      Ms. Tammy H. Downs
      Ms. Sharon Elizabeth Echols
      Mr. James D. Esseks
      Ms. Sarah Everett
      Ms. KaTina Hodge-Guest
      Mr. Alexander S. Holland
      Mr. Peter Drake Mann
      Mr. Jonathan Joseph Ossip
      Ms. Laura Kabler Oswell
      Mr. Duncan C. Simpson LaGoy
      Mr. Chase Strangio
      Mr. Christopher L. Travis
      Ms. Breean Walas

District Court/Agency Case Number(s): 4:21-cv-00450-JM

**Caption For Case Number: 21-2875**

Dylan Brandt, by and through his mother Joanna Brandt; Joanna Brandt; Sabrina Jennen, by and through her parents Lacey and Aaron Jennen; Lacey Jennen; Aaron Jennen; Brooke Dennis, by and through her parents Amanda and Shayne Dennis; Amanda Dennis; Shayne Dennis; Parker Saxton, by and through his father Donnie Saxton; Donnie Saxton; Michele Hutchison, on behalf of herself and parents; Kathryn Stambough, on behalf of herself and her parents

        Plaintiffs - Appellees

v.

Leslie Rutledge, in her official capacity as the Arkansas Attorney General; Amy E. Embry, in her official capacity as the Executive Director of the Arkansas State Medical Board; Sylvia D. Simon, in official capacity as member of the Arkansas State Medical Board; Robert Breving, Jr., in official capacity as member of the Arkansas State Medical Board; John H. Scribner, in official capacity as member of the Arkansas State Medical Board; Elizabeth Anderson, in official capacity as member of the Arkansas State Medical Board; Rhys L. Branman, in official capacity as member of the Arkansas State Medical Board; Edward Gardner, "Ward"; in official capacity as member of the Arkansas State Medical Board; Rodney Griffin, in official capacity as member of the Arkansas State Medical Board; Betty Guhman, in official capacity as member of the Arkansas State Medical Board; Brian T. Hyatt, in official capacity as member of the Arkansas State Medical Board; Timothy C. Paden, in official capacity as member of the Arkansas State Medical Board; Don R. Philips, in official capacity as member of the Arkansas State Medical Board; William L. Rutledge, in official capacity as member of the Arkansas State Medical Board; David L. Staggs, in official capacity as member of the Arkansas State Medical Board; Veryl D. Hodges, in official capacity as member of the Arkansas State Medical Board

        Defendants - Appellants

**Addresses For Case Participants:   21-2875**

Mr. Vincent M. Wagner
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Garrard R. Beeney
SULLIVAN & CROMWELL
2720
125 Broad Street
New York, NY  10004-0000

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Michael A. Cantrell
ATTORNEY GENERAL'S OFFICE
Suite 200
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms. Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Sharon Elizabeth Echols
GILL & RAGON
425 W. Capitol
Suite 3800
Little Rock, AR  72201

Mr. James D. Esseks
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
125 Broad Street
New York, NY  10004-2400

Ms. Sarah Everett
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Ms. KaTina Hodge-Guest
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Alexander S. Holland
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-0000

Mr. Peter Drake Mann
GILL & ELROD
Suite 3801
425 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Jonathan Joseph Ossip
SULLIVAN & CROMWELL
125 Broad Street
New York, NY  10004-0000

Ms. Laura Kabler Oswell
SULLIVAN & CROMWELL
1870 Embarcadero Road
Palo Alto, CA  94303

Mr. Duncan C. Simpson LaGoy
SULLIVAN & CROMWELL
1870 Embarcadero Road
Palo Alto, CA  94303

Mr. Chase Strangio
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
125 Broad Street
New York, NY  10004-2400

Mr. Christopher L. Travis
GILL & RAGON
425 W. Capitol
Suite 3800
Little Rock, AR 72201

Ms. Breean Walas
WALAS LAW FIRM
P.O. Box 4591
Bozeman, MT 59772